**FILED: 9/30/13**

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL WILLIAMS

Plaintiffs,

vs.

CITY OF COLTON, COLTON POLICE OFFICER ANTHONY JAEGER, and DOES 1 through 10, Inclusive

Defendants.

**Case No.:** 5:13-CV-00915-GHK(SPx)
[*Hon. George H. King, District Judge; Hon. Sheri Pym, Magistrate Judge*]

**[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION AND ALL CLAIMS THEREIN**

Complaint Filed: May 16, 2013

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

The Court hereby DISMISSES WITH PREJUDICE the above entitled action [*Williams, Daniel v. City of Colton, et al.*, case no. 5:13-CV-00915-GHK(SPx)] in its entirety, including **dismissal with prejudice** of all defendants, claims, and causes of action therein.

**IT IS SO ORDERED.**

Dated: 9/27, 2013

______________________________

**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

Eugene P. Ramirez, Esq. (State Bar No. 134865)
Tony M. Sain, Esq. (State Bar No. 251626)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com and tms@manningllp.com

Attorneys for Defendants,
CITY OF COLTON, et al.